UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT ALLAN CHAPPELLE,

        Defendant.

_____/

Case No.: 1:20-CR-00079-RJJ

INDICTMENT
**PENALTY SHEET**

**COUNTS 1 and 2 – Attempt to Evade or Defeat Payment of Tax – 26 U.S.C. § 7201**

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine, and the costs of prosecution [26 U.S.C. § 7201; 18 U.S.C. § 3571]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution**: May be ordered [18 U.S.C. § 3563(b), 3583(d)]

**COUNTS 3 and 4 – Filing a Materially False Document – 26 U.S.C. § 7206(1)**

**Maximum Penalty**: Not more than 3 years' imprisonment and/or $250,000 fine and costs of prosecution [26 U.S.C. § 7206; 18 U.S.C. § 3571(b)(3); 26 U.S.C. § 7201]
**Supervised Release**: Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution**: May be ordered [18 U.S.C. § 3563(b), 3583(d)]

**COUNT 5 – Filing a Materially False Tax Return – 26 U.S.C. § 7206(1)**

**Maximum Penalty**: Not more than 3 years' imprisonment and/or $250,000 fine and costs of prosecution [26 U.S.C. § 7206; 18 U.S.C. § 3571(b)(3); 26 U.S.C. § 7201]
**Supervised Release**: Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution**: May be ordered [18 U.S.C. § 3563(b), 3583(d)]

**COUNTS 6 and 7 – False Statement - 18 U.S.C. § 1001(a)(2)]**

**Maximum Penalty:**  Not more than 5 years' imprisonment and $250,000 fine. [18 U.S.C. § 3571]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)
**Special Assessment**: [18 U.S.C. § 3013] $100


**COUNT 8 – Bank Fraud – 18 U.S.C. § 1344**

**Maximum Penalty**:  Not more than 30 years' imprisonment and/or $1,000,000 fine or twice the gross gain or gross loss resulting from the offense, whichever is greater
**Supervised Release**:  Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**:  $100 [18 U.S.C. § 3013]
**Restitution**:  Mandatory [18 U.S.C. § 3663A]


Date:  June 4, 2020                                      */s/ Timothy P. VerHey*
                                                         Counsel for the United States

Submitted in accordance with Administrative Order 17-MS-046