UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:20–cr–79

v.                                Hon. Jane M. Beckering

SCOTT ALLAN CHAPPELLE,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:             April 25, 2022   04:00 PM
District Judge:        Jane M. Beckering
Place/Location:       601 Federal Building, Grand Rapids, MI

                                                          JANE M. BECKERING
                                                          United States District Judge

Dated:  April 11, 2022        By:     /s/ Rick M. Wolters_____
                                                      Case Manager