UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:20–cr–79

    v.                                         Hon. Jane M. Beckering

SCOTT ALLAN CHAPPELLE,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 11, 2022   01:30 PM<br>*(previously set for 9/12/2022 at 11:00 AM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

*Requests to adjourn or reschedule this hearing will not be favored.*

                                                  JANE M. BECKERING
                                                  United States District Judge

Dated:  September 9, 2022       By:   /s/ Rick M. Wolters
                                                 Case Manager